NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LONGNECKER PROPERTY, 2003 JLR FAMILY LLC, ANDBRY PROPERTIES, LLC, PAUL C. BOWYER, DIANA BOWYER, CAPITAL DEVELOPMENT COMPANY, WILLIAM CARRUTH, MARILYN CARRUTH, ELAINE HANSON, (Carl Hanson, deceased), SANG HO CHOI, MI YOUNG CHOI, WALTER W. COX, JAY J. DAYTON, BARBARA DAYTON, E. PAUL DETRAY, PHYLLIS DETRAY, JAMES G. DYER, JOSEPHINE EVANS, HAPPY TERIYAKI III, INC., JOHN HARTUNG, ROBERT HELSTROM, HERRICK HIGSON, II, CHERYEL HIGSON, NATHANIEL JACKSON, THELMA JACKSON, KAY PACKAGING COMPANY, CHARLES KENNEDY, DIANE KENNEDY, M. AURELIA KENNISH, JOSEPH KENNISH, KEVIN TURNER INVESTMENT PROPERTIES, LLC, NAE TO KI, SUNG KIM, IVAN KRALOVENSKY, LACEY TOWN SQUARE, LLC, LION-EL PROPERTIES, INC., MACARIOS, INC., MARGENT CORPORATION, PATRICK L. MARTIN, SHARON MARTIN, MEADOWGREEN PARK, LLC, DON MILES, by and through personal representative, JANE HANSON, MONEY SAVER LACEY ASSOCIATES, LLC, BENJAMIN MORTON, MUELLER/DOYLE LACEY VENTURE, NEW ZION BAPTIST CHURCH, KRIS O'BANNON, LAURI O'BANNON, MOOSE VALLEY LODGE 1905, JIM PALMER, DONNA PALMER, RICK PARNELL, COLEEN PARNELL, SHIRLEY M. PEARSALL, RICHARD L. PEREGRIN, KATHY PEREGRIN, FKA**

Kathy Schnitzer, KENNETH M. PHILLIPS, ROBIN C. PHILLIPS, PRIME ENTERPRISES, LLC, R.I.C. 20 LTD., by and through its general partner, REALTY INCOME CORPORATION, RE CARPET, RESTRUCTURING CONCRETE, INC., LIVING TRUST OF LEO C. ROBERTS AND CECILIA L. ROBERTS, RYDER FAMILY, LLC, MICHAEL SAYLORS, PATRICIA SAYLORS, SOUTH SOUND VILLA, LARRY SPOLARICH, SOON JA SPOLARICH, SPROUT FAMILY REVOCABLE LIVING TRUST, through trustees, JACK SPROUT, LAVADA SPROUT, STUART SULMAN, JAMES KELLER, NEIL KELLER, THE CROWN BEVERAGE PACKAGING, INC. MASTER TRUST, THE LEE REVOCABLE TRUST, through trustees, SHIRLEY LEE, HERBERT LEE, THE SPRATT LIVING TRUST, through trustee, MARY ELIZABETH SPRATT, MARY ANN THOMPSON, KENNETH TRAPP, TERESA TRAPP, VASICK REAL ESTATE LLC, VILLA DEL VISTA CONDOMINIUM ASSOCIATION, WESTERN WASHINGTON SHEET METAL JATC, MARY J. WIGHTMAN, MARK WILLIAMS, JANELLE WILLIAMS, KOBZA HOME BUILDERS, INC.,
*Plaintiffs-Appellees*

**PATTI INGERSOL, GRETCHEN MORRIS,**
*Plaintiffs*

v.

**UNITED STATES,**
*Defendant-Appellant*
_____

2015-5045
_____

Appeal from the United States Court of Federal Claims in No. 1:09-cv-00173-MBH, Judge Marian Blank Horn.

---

**GENEVA ROCK PRODUCTS, INC., FOX RIDGE INVESTMENTS, LLC, For Themselves and As Representatives of a Class of Similarly Situated Persons,**
*Plaintiffs-Appellees*

v.

**UNITED STATES,**
*Defendant-Appellant*

---

2015-5078

---

Appeal from the United States Court of Federal Claims in No. 1:08-cv-00920-CFL, Judge Charles F. Lettow.

---

**GEORGE E. SUTTON, JR., CATHY L. SUTTON REVOCABLE TRUST 2002, For Itself, and as a Representative of a Class of Similarly Situated Persons,**
*Plaintiffs-Appellees*

v.

**UNITED STATES,**
*Defendant-Appellant*

---

2015-5092

---

Appeal from the United States Court of Federal Claims in No. 1:09-cv-00648-NBF, Senior Judge Nancy B. Firestone.

-------------------------------------------------------------------------------

**DAFFNEY A. THOMAS, D. LEE DUNN, LARRY JACKSON, ELIZABETH PRESTON, MARCELLA KRAFT, WILLIAM NASH, NANCY NASH, JAMES PHILPOTT, JEREMY STREET, WILLIAM KAMEL, JAMES M. CREWS, JR., L. DOW CREWS, JOHN T. CREWS, ORMOND CREWS, III, KATE CREWS HOOKS, MARGARET CREWS WARREN, Individually and as Representative of a Class of Similarly Situated Persons,**
*Plaintiffs-Appellees*

v.

**UNITED STATES,**
*Defendant-Appellant*

---

2015-5129

---

Appeal from the United States Court of Federal Claims in No. 1:10-cv-00054-NBF, Senior Judge Nancy B. Firestone.

-------------------------------------------------------------------------------

**R.H. FARMS, INC., For Themselves and As Representatives of a Class of Similarly Situated Persons, 392 VENTURES LLC, DAVID A. ADAMS, MYRA J. ADAMS, DON ANDERSON INC., CHARLES L. AUSTIN, JAMES M. BELL, WENDY A. BELL, RAYMOND E. BETZ, GLENDA K. BETZ, RONALD E.**

BODINE, RANDALL GENE BOND, VICKIE SUE BOND, JOSEPH L. BOSWORTH, GLENN K. BAILEY, JEFFERY BROWN, MELISSA BROWN, RONALD BROWN, IVY BROWN, SANTO W. CAMPAGNA, DAVID L. CARLSON, GRETCHEN A. CARLSON, SHERIE CRAFT, MICHAEL J. CYPHERS, MELANIE D. CYPHERS, ELMER DEINES, as Trustee of the Dorothy Deines Family Trust, JAMI EVANS, ANDREW L. FARAGO, BECKY A. FARAGO, EDWARD EUGENE FERGUSON, JOLENE GAY FERGUSON, LYNNE E. FERGUSON, FIRST BAPTIST CHURCH OF WINDSOR, DEBRA GRAY, JAMES HAPPEL, HERGERT LIMITED PARTNERSHIP #3, JUDITH HERGERT, JUDITH HERGERT, as Trustee of the Patricia Hergert 1995 Trust and as Custodian for Allison Hergert, HESTER FARMS, INC., JESUS P. HINOJOSA, PAULA R. HINOJOSA, DAVID HUWA, HEATHER E. HUWA, RICHARD HUWA, VALERIE HUWA, BRADLEY S. JACKS, TRACY L. JACKS, DAVID JOHNSON, PEGGY LANETT JOHNSON, STEPHEN JOHNSON, MARITA F. JOHNSON, LORRAINE E. JOHNSTON, WILLIAM P. JONES, CHERYL D. JONES, LAWRENCE KUBO, CHERYL KUBO, MAJORIE LAPP, LIND REAL ESTATE HOLDINGS, INC., LOUP RESERVOIR CO., aka John L. Reservoir, DOUGLAS T. MARQUISS, RUSSELL W. MEEKER, DORIS R. MEEKER, APOLONIO MELENDEZ, ISABEL MELENDEZ, DAVID MELUSKY, CHRISTINE S. MELUSKY, GARY L. MILLER, CAROL RAYE MOGUS, J. GALE MOODY, JOE MULLINS, CARLA K. MULLINS, OPTIMUM ART GLASS, INC., THOMAS G. PETERSEN, CHRISTINE D. PETERSEN, RALPH PRIOR, CAROLYN PRIOR, RENFROE MANAGEMENT LP, c/o Scott Renfroe, CHARLES SCHEID, RUDY L. SCHLOTTHAUER, JUDY L. SCHLOTTHAUER, JACK R. SCHNEIDER, LOUIS GAGE SHIERS,

**GORDON G. SMITH, GREGORY A. SPRINGSTON, PAMELA A. SPRINGSTON, SHARON SUE THOMPSON, TIMBER RIDGE SEVERANCE LLC, PAMELA DIANE TJADEN, CHARLENE G. WADSWORTH, TERRY WADSWORTH, JOHN L. WAGNER, KATHRYN A. WAGNER, PETER V. WAGONER, JOY L. WAGONER, IAN R. WEBB, SAMANTHA J. WEBB, KENNETH WILHELM, DANIEL P. WILSON, LEONARD C. WILSON, ROBERT J. WINTER, JANET A. WINTER, DANIEL YOUNG, LAURA D. YOUNG,**
*Plaintiffs-Appellees*

v.

**UNITED STATES,**
*Defendant-Appellant*

---

2016-1317

---

Appeal from the United States Court of Federal Claims in No. 1:09-cv-00129-MBH, Judge Marian Blank Horn.

---

Before WALLACH, *Circuit Judge*.

# O R D E R

In response to this court's orders in the above-captioned appeals, Appellees recommend that the stay of the appeals be maintained until the pending writ of certiorari in *Haggart v. United States,* No. 2014-5106, is denied or until the Supreme Court of the United States issues a decision on the merits in that case. Appellant United States takes no position on whether the stay should be extended but suggests that, if the court contin-

ues the stay, the court "determine [whether] the class members . . . have been properly informed about the Court's decision in *Haggart*."

In *Haggart*, this court granted the United States' motion to require Class Counsel to serve a court-approved notice of the January 8, 2016 decision in that case on the class and to establish a case website. *Haggart v. United States*, No. 2014-5106, ECF No. 144. The court now deems it appropriate for Class Counsel in each of the above-captioned appeals to serve a court-approved notice of the January 8, 2016 decision in *Haggart* on the class and to establish a case website.

Accordingly,

IT IS ORDERED THAT:

(1) The stay is maintained.

(2) The parties are directed to inform this court within 14 days after all appeal rights in *Haggart* have been exhausted how they believe these appeals should proceed.

(3) No later than 30 days from the date of filing of this order, Class Counsel is directed to file a proposal for the text of the notice to be served on each class.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s32